[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

**FILED**

**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**December 30, 2005**
**THOMAS K. KAHN**
**CLERK**

No. 05-13605
Non-Argument Calendar

_____

D. C. Docket No. 03-00381-CV-OC-10-GRJ

RICHARD MORRISON,

Petitioner-Appellant,

versus

PAUL LAIRD,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(December 30, 2005)**

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

The district court, on June 14, 2005, dismissed with prejudice petitioner's 28

U.S.C. § 2241 petition for a writ of habeas corpus.  Record, Vol. 2 at Tab 32.  The court dismissed the petition because it "simply reassert[ed] an argument that was raised and rejected on direct appeal and in [petitioner's] subsequent [28 U.S.C.] § 2255 and other collateral proceedings."  Id.

Petitioner now appeals the court's decision.  We find no merit in his petition for the reasons stated in the district court's June 14 order.

AFFIRMED.